**Christopher WATKINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63799.**

Missouri Court of Appeals, Western District.

March 29, 2005.

Mark A. Grothoff, Columbia, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOLLIGER, P.J., BRECKENRIDGE and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Christopher Watkins appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).